IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40820
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE ANTONIO PINEDA,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
(98-CR-3-2)
- - - - - - - - - -

September 28, 1999

Before POLITZ, WIENER, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Jose Antonio Pineda appeals from his jury conviction for possession with the intent to distribute heroin and distribution of heroin in violation of 21 U.S.C. § 841(a)(1). Pineda argues that the evidence was insufficient to support his conviction. We have reviewed the record and find no reversible error. The evidence was sufficient to support Pineda's conviction. Accordingly, the judgment of the district court is AFFIRMED.

AFFIRMED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.